UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHON TOLLIVER, | No. 2:19-cv-02599-CKD P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

    Plaintiff is a former federal inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 6, 2021, plaintiff filed a notice indicating that he was scheduled to be released on or about December 23, 2021. ECF No. 21. Plaintiff further indicated that he would update the court with his new address after that date. ECF No. 21. A review of the docket indicates that plaintiff has not filed a change of address and an online check of the Bureau of Prisons' inmate locator indicates that plaintiff is no longer in custody. Therefore, plaintiff is ordered to show cause in writing within 21 days why this case should not be dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

    Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within 21 days from the date of this order why this case should not be dismissed for failure to prosecute.

Dated: January 5, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/toll2599.osc.nca

1